IRELL & MANELLA LLP
Olivia L. Weber
OWeber@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

FOLIO LAW GROUP PLLC
C. Maclain Wells
Maclain@foliolaw.com
2376 Pacific Ave.
San Francisco, CA 94115
(415) 562-8632

Attorneys for DEMARAY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

DENVER DIVISION

| | |
|---|---|
| **DEMARAY LLC,**<br><br>                    Movant,<br><br>                    v.<br><br>**ADVANCED ENERGY INDUSTRIES, INC.,**<br><br>                    Respondent. | **Miscellaneous Action No. _____**<br><br>**Arising from the Western District of Texas, Civil Action Nos. 6:20-cv-00634-ADA, 6:20-cv-00636-ADA**<br><br>**DEMARAY LLC'S MOTION TO RESTRICT ACCESS** |

11094188

## DEMARAY LLC'S MOTION TO RESTRICT ACCESS TO DEMARAY'S MOTION TO COMPEL

Pursuant to Local Civil Rule 7.2, Plaintiff Demaray LLC ("Demaray") submits this motion to restrict access to portions of its Motion to Compel and supporting exhibits.  Those documents contain information designated as confidential by Applied Materials, Inc. ("Applied"), the third-party supplier of defendants Intel and Samsung in the W.D. Texas patent infringement cases that Demaray has initiated, Nos. 6:20-cv-00634-ADA, 6:20-cv-00636-ADA, and which Applied produced under a protective order and designated "Outside Counsel Eyes Only."  Respondent Advanced Energy Industries, Inc. ("AE") has access to this information.  As such, Demaray requests that the Court restrict access to the unredacted versions of those documents to the parties to this motion and the Court and make publicly available redacted versions.

Specifically, Demaray seeks an order restricting access to the following:

1.  All portions of the **Motion to Compel** and **Exhibits L, M, N, O, P,** and **T** that identify AE product numbers.  AE's biggest customer, Applied, has asserted that these product numbers are proprietary and confidential information.  This information was derived from documents in the W.D. Texas cases, Nos. 6:20-cv-00634-ADA, 6:20-cv-00636-ADA, which were produced under a protective order and designated "Outside Counsel Eyes Only."  Applied has asserted that disclosure of this information would cause competitive harm by publicly disclosing confidential business information.  *Markley v. U.S. Bank Nat'l Ass'n*, No. 19-CV-01130-RM-NYW, 2021 WL 5067036, at *1 (D. Colo. Sept. 14, 2021) ("But a party may overcome the presumption of public access where the records contain...business information that might harm a litigant's competitive standing." (internal quotation marks omitted)).  Redacting the portions of the **Motion to Compel** and **Exhibits L, M, N, O, P,** and **T** that contain the AE product numbers is narrowly tailored to protect Applied's interests without overly burdening the public's right to access, as the redactions do not remove the factual bases underlying Demaray's motion.  Demaray requests that the Court grant these

11094188

- 1 -

DEMARAY'S MOTION TO COMPEL

unredacted documents Level 1 Restriction.

2. All portions of **Exhibits N, O,** and **P** that identify which power supplies are used in the W.D. Texas defendants' reactors.  Defendants Intel and Samsung have asserted that this information is proprietary and confidential and that disclosure of this information would cause a competitive harm by publicly disclosing confidential business information. *Markley*, 2021 WL 5067036, at *1 ("But a party may overcome the presumption of public access where the records contain…information which could harm the competitive interests of third parties." (internal quotations omitted)).  This information would also publicly disclose confidential business relationships between AE's customers and the ultimate users of the reactors manufactured by AE's customers.  Redacting the portions of **Exhibits L, M, N, O,** and **P** that identify which power supplies are used in which reactors is narrowly tailored to protect the W.D. Texas defendants' interests without overly burdening the public's right to access, as the redactions do not remove the factual bases underlying Demaray's motion.  Demaray requests that the Court grant these unredacted documents Level 1 Restriction.

3. All portions of **Exhibits N** and **O** that contain an AE schematic, along with the portions of the E-mail chains discussing that AE schematic. This schematic was produced with the understanding that Demaray would treat it as "Outside Counsel Eyes Only" under the protective order issued in the W.D. Texas cases and Respondent AE thus necessarily alleges it contains highly sensitive technical information regarding AE's products, and that disclosure of this information would cause AE competitive harm by publicly disclosing confidential technical details and configurations of its products.  Redacting the portions of **Exhibits N** and **O** that contain the AE schematic and discussion of that schematic is narrowly tailored to protect AE's interests without overly burdening the public's right to access, as the redactions do not remove the factual bases underlying Demaray's motion.  Demaray

1  requests that the Court grant these unredacted documents Level 1 Restriction.

2      4.  The identity of the power source supplier in **Exhibit C**.  That portion of the public

3          transcript is redacted, and the unredacted version has been sealed in the action from

4          which this subpoena arises, at the request of defendant Intel.  Defendant Intel

5          therefore necessarily claims that the identity of this power source supplier is

6          sensitive and that disclosure would cause competitive harm by publicly disclosing

7          confidential business relationships and information regarding its reactor

8          configurations.  Redacting this information from **Exhibit C** is narrowly tailored to

9          protect defendant Intel's interests without overly burdening the public's right to

10         access, as the redactions do not remove the factual bases underlying Demaray's

11         motion, and because the redaction follows what is already under seal in the action

12         from which this subpoena arises.  Demaray requests that the Court grant these

13         unredacted documents Level 1 Restriction.

14     Attached as exhibits are the Motion to Compel and relevant exhibits with the requested

15  redactions.

16

17  Dated:  May 4, 2022                          Respectfully submitted,
                                                 IRELL & MANELLA LLP

18
                                                 */s/ Olivia L. Weber*
19                                               By: Olivia L. Weber

20                                               Olivia Weber
                                                 **IRELL & MANELLA LLP**
21                                               840 Newport Center Drive, Suite 400
                                                 Newport Beach, CA 92660
22                                               Telephone: (949) 760-0991
                                                 Facsimile: (949) 760-5200
23                                               oweber@irell.com

24                                               C. Maclain Wells
                                                 **FOLIO LAW GROUP PLLC**
25                                               C. Maclain Wells
                                                 2376 Pacific Ave.
26                                               San Francisco, CA 94115
                                                 (415) 562-8632
27                                               maclain@foliolaw.com

28                                               *Attorneys for Demaray LLC*

11094188                          - 3 -              DEMARAY'S MOTION TO RESTRICT ACCESS

1

## Certificate of Service

2

I hereby certify that on the 4th day of May 2022, a true and correct copy of

3

**DEMARAY LLC'S MOTION TO RESTRICT ACCESS** was filed with the Clerk of Court.

4

The same day, I arranged for a copy of the foregoing to be personally served upon Respondent

5

Advanced Energy Industries, Inc., and I sent a courtesy copy to its counsel listed below.  In

6

addition, the same day I caused to be mailed a copy of the foregoing to counsel of record for the

7

defendants in the underlying litigations from which the nonparty subpoenas issued (*Demaray LLC*

8

*v. Intel Corp.*, Case No. 6:20-cv-00634, pending in the Western District of Texas, Hon. Judge

9

Alan D. Albright presiding, and *Demaray LLC v. Samsung Electronics Co., Ltd. et al.*, Case No.

10

6:20-cv-00636, pending in the Western District of Texas, Hon. Judge Alan D. Albright presiding):

11

12

Jon R. Trembath
MICHAEL BEST & FRIEDRICH LLP
1776 Lincoln Street

13

Suite 1100
Denver, CO 80203

14

Telephone: 1(720)745-4868
***Attorney for Advanced Energy Industries Inc.***

15

16

Philip Ou
PAUL HASTINGS LLP

17

1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800

18

Facsimile: 1(650) 320-1900
***Attorneys for Intel Corporation***

19

***Attorneys for Samsung Defendants***
***Attorneys for Nonparty Applied Materials Inc.***

20

21

22

23

24

25

26

27

28