# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:22-mc-00075-RMR

DEMARAY, LLC

       Movant,

v.

ADVANCED ENERGY INDUSTRIES, INC.,

       Respondent.

---

## FURTHER JOINT STATUS REPORT PURSUANT TO DKT. NO. 32

---

Demaray LLC ("Demaray") and Advanced Energy Industries, Inc. ("AE" or "Advanced Energy," and collectively with Demaray, the "Parties") respectfully inform the Court that the Parties have resolved the discovery matters that were pending before the Court. See Order at Dkt. 32.


Dated:  November 13, 2023

                                 Respectfully submitted,
IRELL & MANELLA LLP

*/s/ Olivia Weber*
    By: Olivia Weber

Olivia Weber
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
oweber@irell.com

C. Maclain Wells
**FOLIO LAW GROUP PLLC**
C. Maclain Wells
2376 Pacific Ave.
San Francisco, CA 94115
(415) 562-8632
maclain@foliolaw.com

*Attorneys for Demaray LLC*

*/s/ George Chen*

By: George Chen
**BRYAN CAVE LEIGHTON PAISNER LLP**
Two North Central Ave., Ste. 2100
Phoenix, AZ 85004
Telephone: (602) 364-7367
George.chen@bclplaw.com

Erin A. Kelly
1700 Lincoln Street, Suite 4100
Denver, CO  80203
Telephone: 303-866-0422
erin.kelly@bclplaw.com

*Attorneys for Advanced Energy Industries, Inc.*

## Certificate of Service

I hereby certify that on the 13th day of November 2023, a true and correct copy of **THE PARTIES'**
**FURTHER JOINT STATUS REPORT** was served via CM/ECF. In addition, the same day I
caused to be electronically mailed a copy of the foregoing to counsel of record for the defendants in
the underlying litigations from which the nonparty subpoenas issued (*Demaray LLC v. Intel Corp.*,
Case No. 6:20-cv-00634, pending in the Western District of Texas, Hon. Judge Alan D. Albright
presiding, and *Demaray LLC v. Samsung Electronics Co., Ltd. et al.*, Case No. 6:20-cv-00636,
pending in the Western District of Texas, Hon. Judge Alan D. Albright presiding):

Kat Li
Kirkland & Ellis LLP
401 Congress Ave.
Austin, TX 78701
Telephone: 1(512) 678-9167
Kat.li@kirkland.com
***Attorneys for Intel Corporation***
***Attorneys for Samsung Defendants***
***Attorneys for Applied Materials Inc.***